IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARLENE K. GINTER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-5136-RJB-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Defendant hereby moves, with no opposition from Plaintiff's counsel, that the Scheduling Order should be amended as follows for the reasons noted in the Declaration of Brett E. Eckelberg:

- Defendant shall file a response to Plaintiff's Opening Brief on or before September 13, 2010;

- Plaintiff shall file the optional Reply Brief on or before October 4, 2010; and

- Oral argument, if desired, shall be requested by October 12, 2010.

DATED this 19th day of July, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER AMENDING THE SCHEDULING ORDER – [3:10-CV-5136-RJB-JRC]