UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARLENE K. GINTER,

          Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

          Defendant.

CASE NO. C10-5136RJB

ORDER

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge (Dkt. 23), and the remaining record, does hereby find and **ORDER**:

(1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 23);

(2)     The matter is therefore **REVERSED** and **REMANDED** to the Administration for further consideration; and

(3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 4th day of February, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1