# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARLENE K. GINTER

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C10-5136RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation (Dkt. 23); and

The matter is therefore **REVERSED** and **REMANDED** to the Administration for further consideration.

| February 7, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk